IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER X. DUVALL,<br><br>Defendant. | PO-21-05194-GF-JTJ<br><br>PO-21-05195-GF-JTJ<br><br>VIOLATIONS:<br>E1102949<br>E1102950<br>E1103362<br>E1103363<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $630 ($600 fine and a $30 processing fee for violation number E1103362). The total fine amount will be paid in full on or before June 30, 2022. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS ALSO ORDERED** that violations E1102949, E1102950 and E1103363 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial in the above captioned matter, currently scheduled for December 9, 2021, is **VACATED**.

DATED this 2nd day of December, 2021.

_____
John Johnston
United States Magistrate Judge